CHAD A. READLER
Acting Assistant Attorney General

JOSEPH H. HARRINGTON
Acting United States Attorney

TERRY M. HENRY
Assistant Branch Director

ANDREW I. WARDEN (IN Bar No. 23840-49)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Tel: (202) 616-5084
Fax: (202) 616-8470
E-Mail:  andrew.warden@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

IN RE APPLICATION OF ZAYN AL-
ABIDIN MUHAMMAD HUSAYN
(ABU ZUBAYDAH) and JOSEPH
MARGULIES

No. 17-CV-171-JLQ

UNITED STATES' NOTICE OF
POTENTIAL PARTICIPATION

The United States of America, by and through undersigned counsel, hereby

respectfully advises the Court that the United States is considering participating in this

case as allowed by 28 U.S.C. § 517.  That statute authorizes the Attorney General of the

United States to send any officer of the Department of Justice "to attend to the interests

UNITED STATES' NOTICE OF POTENTIAL PARTICIPATION - 1

of the United States in a suit pending in a court of the United States, or in a court of a State, or to attend to any interest of the United States."  28 U.S.C. § 517.

As this Court is aware, the United States has been an active participant in two pending cases in this District related to the discovery of information concerning the Central Intelligence Agency's (CIA) former detention and interrogation program.  *See Salim v. Mitchell*, Case No. 15-CV-286 (JLQ); *Mitchell v. United States*, 16-MC-36 (JLQ).  The above-captioned case is another action that seeks the disclosure of information about the former CIA program.  Here, Abu Zubaydah, a former detainee in that program, has filed an *ex parte* application pursuant to 28 U.S.C. § 1782 seeking the Court's authorization to serve deposition and document subpoenas on Dr. James Mitchell and Dr. John "Bruce" Jessen, two psychologists who worked as independent contractors for the CIA in connection with the program.  *See* Application (ECF No. 1). Zubaydah seeks various categories of information from Dr. Mitchell and Dr. Jessen about alleged CIA detention and interrogation activities in Poland, as well as information about Poland's alleged participation in those alleged activities.  *See id.*, Ex. 1-4.  Zubaydah asserts that the purpose of his subpoenas is to provide the requested information to prosecutors in Poland for use in a criminal investigation regarding the CIA's alleged detention activities in Poland.  *See id*. at 7-10.

The proposed subpoenas and categories of information sought in this action raise important and complex questions regarding the United States' national security and foreign policy interests.  For this reason, the United States is actively considering

UNITED STATES' NOTICE OF POTENTIAL PARTICIPATION - 2

1
2
3
4
5
6
7
8
9
10

whether to file a Statement of Interest with the Court.[1]  The process for deciding whether to file a Statement of Interest involves coordination among multiple government agencies and the approval of the Department of Justice through the Assistant Attorney General for the Civil Division.  Given the national security subject matter of the subpoenas as well as the potential overlap with criminal proceedings in Poland, the coordination in this case is likely to be extensive and will require consultations with multiple components within the Department of Justice, as well as the CIA and the Department of State.

11
12
13
14
15
16
17
18
19
20

The United States currently expects to complete its consideration within 30 days, and on or before June 30, 2017, the United States will either file a Statement of Interest pursuant to 28 U.S.C. § 517, or advise the Court that it will not participate in this case. The United States respectfully requests that the Court defer action on Petitioner's Application until that time.  Undersigned counsel for the United States has conferred with counsel for Petitioner about this proposed schedule, and Petitioner does not oppose.

21
22
23

The United States appreciates the Court's consideration of its potential interest in this matter.

24
25
26
27
28

---

[1] The fact that the United States is considering filing a Statement of Interest is not intended, and should not be construed, as a confirmation or denial of any of Petitioner's allegations.

UNITED STATES' NOTICE OF POTENTIAL PARTICIPATION - 3

Dated:  May 31, 2017                    Respectfully submitted,

                                        CHAD A. READLER
                                        Acting Assistant Attorney General

                                        JOSEPH H. HARRINGTON
                                        Acting United States Attorney

                                        TERRY M. HENRY
                                        Assistant Branch Director

                                          *s/ Andrew I. Warden*
                                        ANDREW I. WARDEN
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        20 Massachusetts Avenue NW
                                        Washington, D.C. 20530
                                        Tel: (202) 616-5084
                                        Fax: (202) 616-8470
                                        E-Mail: andrew.warden@usdoj.gov

                                        Attorneys for the United States of America

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 31, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jerry Moberg:
jmoberg@jmlawps.com

David Klein:
David.Klein@pillsburylaw.com

John Chamberlain:
John.Chamberlain@pillsburylaw.com


*Attorneys for Petitioners*


<u>*/s/ Andrew I. Warden*</u>
ANDREW I. WARDEN
Indiana Bar No. 23840-49
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Tel: (202) 616-5084
Fax: (202) 616-8470
E-Mail: andrew.warden@usdoj.gov

Attorney for the United States of America

UNITED STATES' NOTICE OF POTENTIAL PARTICIPATION