**JERRY MOBERG & ASSOCIATES**
Jerry Moberg
jmoberg@jmlawps.com
124 Third Avenue, SW
Ephrata, WA 98823
(509) 754-2356

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
David Klein
david.klein@pillsburylaw.com
John Chamberlain
john.chamberlain@pillsburylaw.com
1200 Seventeenth Street, NW
Washington, DC 20036
(202) 663-8000

*Attorneys for Petitioners*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re Application of ZAYN AL-ABIDIN MUHAMMAD HUSAYN (Abu Zubaydah) and BARTŁOMIEJ JANKOWSKI,<br><br>Petitioners | Case No. 2:17-cv-00171-JLQ<br><br>**DECLARATION OF BARTŁOMIEJ JANKOWSKI IN SUPPORT OF PETITIONERS' RESPONSE TO THE UNITED STATES' STATEMENT OF INTEREST** |

I, Bartłomiej Jankowski, do hereby make this declaration pursuant to 28 U.S.C. § 1746 supporting the response of Petitioners Zayn Al-Abidin Muhammad Husayn ("Abu Zubaydah") and Joseph Margulies to the United

DECLARATION OF
BARTŁOMIEJ JANKOWSKI        -1-

States' Statement of Interest. On the basis of my personal knowledge, I state as follows:

1.  I am a Polish citizen and attorney, and I serve as counsel to Abu Zubaydah. Together with co-counsel, I represented Abu Zubaydah in his application against Poland before the European Court of Human Rights, and continue to represent him as the victim of crimes currently under investigation by the Organized Crimes Division of the Regional Public Prosecutor's office in Kraków, Poland.

2.  Under Polish law, as a victim of the crimes under investigation Abu Zubaydah has substantial procedural rights in the investigation, including the right to appeal to the judiciary as an aggrieved party if the investigation closes without any prosecution, and the right to compensation if the investigation results in convictions. The above stems from the provisions of Article 306 § 1a point 1) of the Polish Criminal Procedure Code and Article 46 of the Polish Criminal Code respectively.

3.  Abu Zubaydah, as a victim of the crimes under investigation, also has the right under Polish law to submit evidence to aid the investigation. The above stems from the provisions of Article 167 of the Polish Criminal

DECLARATION OF
BARTŁOMIEJ JANKOWSKI          -2-

Procedure Code. I understand that Petitioners' application before this Court has been made in furtherance of that right.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: July 19, 2017

_____
Bartłomiej Jankowski

DECLARATION OF
BARTŁOMIEJ JANKOWSKI        -3-

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Andrew Irvin Warden**
andrew.warden@usdoj.gov

*Attorney for the United States*

s/ *Jerry Moberg*

Jerry Moberg
jmoberg@jmlawps.com
JERRY MOBERG & ASSOCIATES
124 Third Avenue, SW
Ephrata, WA 98823
(509) 754-2356

DECLARATION OF
BARTŁOMIEJ JANKOWSKI