CHAD A. READLER
Acting Assistant Attorney General

JOSEPH H. HARRINGTON
Acting United States Attorney

TERRY M. HENRY
Assistant Branch Director

ANDREW I. WARDEN (IN Bar No. 23840-49)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Tel: (202) 616-5084
Fax: (202) 616-8470
E-Mail:  andrew.warden@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE APPLICATION OF ZAYN AL-ABIDIN MUHAMMAD HUSAYN (ABU ZUBAYDAH) and JOSEPH MARGULIES | No. 17-CV-171-JLQ<br><br>RESPONSE BY THE UNITED STATES TO ABU ZUBAYDAH'S MOTION FOR LEAVE TO SERVE SUBPOENAS OR, IN THE ALTERNATIVE, TO SET A HEARING DATE |

UNITED STATES' RESPONSE TO MOTION TO SERVE SUBPOENAS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On June 30, 2017, the United States of America filed a statement of interest in this case explaining why the Court should deny Abu Zubaydah's application pursuant to 28 U.S.C. § 1782 to serve deposition and documents subpoenas on James Mitchell and John "Bruce" Jessen. *See* ECF No. 11. Abu Zubaydah filed a response to the Government's statement on July 21 (ECF No. 16), and in the Government's view, the question of whether the subpoenas should issue is now fully briefed and ripe for a decision by the Court.

Abu Zubaydah has now filed a motion for leave to serve the requested subpoenas, arguing that the "proper course at this time is for the Court to enter an order permitting Petitioners to serve the requested subpoenas." *See* ECF No. 20 at 2-3. Abu Zubaydah further contends that if the Government has objections to the issuance of the subpoenas, those objections should be raised in a motion to quash after the subpoenas issue. *See id.* at 2. Petitioner provides no legal support for this novel approach, which is impractical and would result in unnecessary proceedings in this Court.

Unlike normal domestic civil discovery, Section 1782 invests courts with an important gatekeeping function in deciding whether to issue subpoenas for purposes of foreign ligation. Indeed, the entire point of Abu Zubaydah's application is for the Court to decide whether the subpoenas should issue in the first instance. There is no basis for the Court to sidestep that question and issue the subpoenas as Abu Zubaydah requests, only to have the Government and Abu Zubaydah return to the Court again with motions

UNITED STATES' RESPONSE TO MOTION TO SERVE SUBPOENAS - 1

1  to quash or compel on the same legal points presently before the Court.  Such an

2  approach would be impractical and unnecessarily delay resolution of this matter.

3
   In order to grant Abu Zubaydah's application, the Court must conclude that he
4
5  has satisfied both the mandatory and discretionary requirements of Section 1782.  *See*

6  *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 260-65 (2004).  The

7
   Government's statement of interest explains why Petitioner's application fails the
8
9  discretionary portion of the analysis.  That issue is now fully joined and the Court

10 should decide the question based on the current posture and record.

11
   In the alternative, Abu Zubaydah requests that the Court schedule a hearing on
12
13 his Section 1782 application within 30 days.  *See* ECF No. 20 at 2.  The Government

14 has no objection to the Court scheduling oral argument, whether in person or by

15
   telephone, at a time convenient for the Court should the Court conclude argument is
16
17 warranted.  Undersigned counsel respectfully requests that any argument be set for a

18 date other than August 21-23, 28; September 7-8; October 4-6 and 24-27, due to prior

19
   scheduling conflicts.
20

21

22

23

24

25

26

27

28 UNITED STATES' RESPONSE TO MOTION TO SERVE SUBPOENAS - 2

Dated:  August 18, 2017                 Respectfully submitted,

                                        CHAD A. READLER
                                        Acting Assistant Attorney General

                                        JOSEPH H. HARRINGTON
                                        Acting United States Attorney

                                        TERRY M. HENRY
                                        Assistant Branch Director

                                          *s/ Andrew I. Warden*
                                        ANDREW I. WARDEN
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        20 Massachusetts Avenue NW
                                        Washington, D.C. 20530
                                        Tel: (202) 616-5084
                                        Fax: (202) 616-8470
                                        E-Mail: andrew.warden@usdoj.gov

                                        Attorneys for the United States of America

UNITED STATES' RESPONSE TO MOTION TO SERVE SUBPOENAS

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 18, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jerry Moberg:
jmoberg@jmlawps.com

David Klein:
David.Klein@pillsburylaw.com

John Chamberlain:
John.Chamberlain@pillsburylaw.com

*Attorneys for Petitioners*

/s/ Andrew I. Warden
ANDREW I. WARDEN
Indiana Bar No. 23840-49
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Tel: (202) 616-5084
Fax: (202) 616-8470
E-Mail: andrew.warden@usdoj.gov

Attorney for the United States of America