## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re Application of ZAYN AL-ABIDIN MUHAMMAD HUSAYN (Abu Zubaydah) and JOSEPH MARGULIES,<br><br>Petitioners. | Case No.     2:17-CV-0171-JLQ<br>CIVIL MINUTES<br><br>DATE:     NOVEMBER 28, 2017<br>LOCATION:  SPOKANE<br><br>**MOTION HEARING** |

| | | |
|---|---|---|
| | **Hon. Justin L. Quackenbush** | |
| Joanna L. Knutson | Jeremy Johnson | Mark A. Snover |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| David F. Klein<br>John P. Chamberlain<br>Jerry J. Moberg | Christopher W. Tompkins | Andrew I. Warden |
| **Petitioners' Counsel** | **Respondents' Counsel** | **Interested Party's Counsel** |

[ X ]  Open Court          [  ]  Chambers          [ X ]  Telecon

Roll call taken by Court.  Court outlines its procedures for the call and filings in the district.

Court called on Mr. Warden on the Government's Motion to Intervene and to Quash the Subpoenas.  Mr. Warden presented argument in support of his Motions.  Court indicated its inclination is to deny the statutory jurisdictional challenge and proceed with the other issues.  Argument in opposition presented by Petitioners' counsel, Mr. Klein.  Court inquired of Mr. Tompkins on behalf of Respondents if he wished to address the issue before the Court today.  Mr. Tompkins indicated he had nothing to present on the Motions at issue today.  Rebuttal argument presented by Mr. Warden; sur-rebuttal presented by Mr. Klein.

Court takes the matter under advisement but indicates an order will issue

**[ X ]  ORDER FORTHCOMING**

| CONVENED:  10:00 A.M. | ADJOURNED:  11:07 A.M. | TIME:  1:07 HR. | CALENDARED   [ X ] |
|---|---|---|---|