# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 21, 2018

SEAN F. McAVOY, CLERK

In RE Application of ZAYN AL-ABIDIN MUHAMMAD HUSAYN (Abu Zubaydah) and JOSEPH MARGULIES, Petitioners.

Civil Action No. 2:17-cv-00171-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Government's Motion to Intervene (ECF No. 29) is GRANTED.
Government's Motion to Quash (ECF No. 30) is GRANTED.
Application for Discovery (ECF No. 1) is DISMISSED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge JUSTIN L. QUACKENBUSH on motions to Intervene by United States of America, ECF No. 29, and Motion to Quash Subpoenas, ECF No. 30. Judgment dismissing the Application for Discovery is hereby entered.

Date: 02/21/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates