# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

March 3, 2022

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: United States
v. Zayn al-Abidin Muhammad Husayn, aka Abu Zubaydah, et al.
No. 20-827
(Your No. 18-35218)

Dear Clerk:

The opinion of this Court was announced today in the above stated case. A copy of the opinion is available on the Court's website at www.supremecourt.gov.

The judgment or mandate of this Court will not issue for at least twenty-five days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

*Scott S. Harris*

**Scott S. Harris**, Clerk

by

Laurie Wood
Deputy Clerk
(202) 479-3031