# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 4, 2022

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

      Re:  United States
           v. Abu Zubaydah, et al.,
           No. 20-827 (Your docket No. 18-35218)

Dear Clerk:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                Sincerely,

                                SCOTT S. HARRIS, Clerk

                                By  *[signature]*

                                Hervé Bocage
                                Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 4, 2022

Mr. David F. Klein, Esq.
Pillsbury Winthrop Shaw Pittman LLP
1200 17th Street, N. W.
Washington, D. C. 20036

      **Re:  United States**
            **v. Abu Zubaydah, et al.,**
            **No. 20-827**

Dear Mr. Klein:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Ninth Circuit.

                                   Sincerely,

                                   SCOTT S. HARRIS, Clerk

                                   By *(signature)*
                                   Herve' Bocage
                                   Judgments/Mandates Clerk

cc:  All counsel of record
      Clerk, USCA 9th Cir.
         (Your docket No. 18-35218)

# Supreme Court of the United States

No. 20-827

**UNITED STATES,**

Petitioner

v.

**ZAYN AL-ABIDIN MUHAMMAD HUSAYN,
AKA ABU ZUBAYDAH, ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed, and the case is remanded to the United States Court of Appeals for the Ninth Circuit with instructions to dismiss respondent Zubaydah's current application for discovery.

March 3, 2022

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States